## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

IVETTE M. FIGUEROA,                      )
                                         )
                      Plaintiff,         )
                                         )
v.                                       )        No. CIV 11-400-RAW-SPS
                                         )
JUSTIN JONES, et al.,                    )
                                         )
                      Defendants.        )

### OPINION AND ORDER
### DENYING MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff has filed a motion requesting the court to appoint counsel [Docket No. 52].
She bears the burden of convincing the court that her claim has sufficient merit to warrant
appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing
*United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The court has carefully
reviewed the merits of plaintiff's claims, the nature of factual issues raised in her allegations,
and her ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v.
Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering plaintiff's ability to present
her claims and the complexity of the legal issues raised by the claims, the court finds
appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th
Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** plaintiff's motion [Docket No. 52] is DENIED.

**IT IS SO ORDERED** this ___4th___ day of ___September___ 2012.


                                   _____
                                   **RONALD A. WHITE**
                                   **UNITED STATES DISTRICT JUDGE**